IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA AMADO,<br><br>        Plaintiff,<br><br>  v.<br><br>THE PROCTER & GAMBLE CO.,<br><br>        Defendant. | Case No. 22-cv-05427-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS** |

      Before the Court is defendant's motion, filed March 10, 2023, "to Dismiss Second Amended Complaint." Plaintiff has filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for April 28, 2023.

      **IT IS SO ORDERED.**

Dated: April 25, 2023

                                             MAXINE M. CHESNEY<br>                                             United States District Judge